UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 11-520 (JBS)** |
| : | |
| **THOMAS REEVES,** : | |
| **TODD REEVES,** : | |
| **RENEE REEVES,** : | |
| **SHELLROCK, LLC** : | |
| d/b/a **REEVES BROTHERS,** : | |
| **KENNETH W. BAILEY,** : | |
| **MARK BRYAN,** : | |
| **PAMELA MELONEY, and** : | |
| **HARBOR HOUSE, INC.** : | |

## VERDICT FORM

For each Count of the Indictment, the jury must unanimously find each individual defendant either guilty or not guilty of that charge. Once the jury has determined the verdict for a defendant, the foreperson should place an "X" in the appropriate column next to that defendant. The jury should continue deliberations until a unanimous verdict has been reached with regard to each defendant for each count (i.e., each defendant has an "X" in either the "guilty" or "not guilty" column).

| **Count One** |
|:---:|
| Conspiracy |
| April 19, 2004 – November 9, 2007 |

We the jury find, with respect to Count One of the indictment:

| Defendant | Guilty | Not Guilty |
|---|---|---|
| Thomas Reeves | ✓ | |
| Todd Reeves | ✗ | |
| Renee Reeves | ✓ | |
| Shellrock, LLC, d/b/a Reeves Brothers | ✗ | |
| Mark Bryan | ✗ | |
| Pamela Meloney | | ✗ |
| Harbor House Inc. | ✗ | |

2

## Count Two
## Making False Records Related to the Sale or Purchase of Oysters
## August 2, 2006 – November 13, 2006

We the jury find, with respect to Count Two of the indictment:

| Defendant | Guilty | Not Guilty |
|---|---|---|
| Thomas Reeves | X | |
| Todd Reeves | X | |
| Renee Reeves | | X |
| Shellrock, LLC, d/b/a Reeves Brothers | X | |
| Mark Bryan | X | |
| Pamela Meloney | | X |
| Harbor House Inc. | X | |

## Count Three

### Trafficking in Oysters Known to Have Been Possessed or Transported in Violation of New Jersey Law
### August 2, 2006 – October 9, 2006

We the jury find, with respect to Count Three of the indictment:

| Defendant | Guilty | Not Guilty |
|---|---|---|
| Thomas Reeves | X | |
| Todd Reeves | X | |
| Shellrock, LLC, d/b/a Reeves Brothers | X | |
| Mark Bryan | X | |
| Harbor House Inc. | X | |

## Count Four

## Making False Records Related to the Sale or Purchase of Oysters
## April 19, 2007 – October 4, 2007

We the jury find, with respect to Count Four of the indictment:

| Defendant | Guilty | Not Guilty |
|---|---|---|
| Thomas Reeves | X | |
| Todd Reeves | X | |
| Renee Reeves | | X |
| Shellrock, LLC, d/b/a Reeves Brothers | X | |
| Mark Bryan | X | |
| Pamela Meloney | | X |
| Harbor House Inc. | X | |

<div style="border:1px solid black; text-align:center;">

## Count Five
**Trafficking in Oysters Known to Have Been Possessed or Transported in Violation of New Jersey Law**
**April 19, 2007 – October 4, 2007**

</div>

We the jury find, with respect to Count Five of the indictment:

| Defendant | Guilty | Not Guilty |
|---|---|---|
| Thomas Reeves | X | |
| Todd Reeves | X | |
| Shellrock, LLC, d/b/a Reeves Brothers | X | |
| Mark Bryan | X | |
| Harbor House Inc. | X | |

> **Count Six**
>
> **Falsifying Entries in a Record with the Intent to Impede, Obstruct, or Influence the Investigation or Proper Administration of a Matter Within the Jurisdiction of the Food and Drug Administration**
> **August 2, 2006 – October 13, 2006**

We the jury find, with respect to Count Six of the indictment:

| Defendant | Guilty | Not Guilty |
|---|---|---|
| Thomas Reeves | X | |
| Todd Reeves | X | |
| Shellrock, LLC, d/b/a Reeves Brothers | X | |

> # Count Eight
> **Falsifying Entries in a Record with the Intent to Impede, Obstruct, or Influence the Investigation or Proper Administration of a Matter Within the Jurisdiction of the Food and Drug Administration**
> **April 9, 2007 – October 5, 2007**

We the jury find, with respect to Count Eight of the indictment:

| Defendant | Guilty | Not Guilty |
|---|---|---|
| Thomas Reeves | X | |
| Todd Reeves | X | |
| Shellrock, LLC, d/b/a Reeves Brothers | X | |

## Count Eleven
### Making False Records Related to the Sale or Purchase of Oysters
### August 2, 2006 – November 2, 2006

We the jury find, with respect to Count Eleven of the indictment:

| Defendant | Guilty | Not Guilty |
|---|---|---|
| Kenneth Bailey | X | |

9

## Count Twelve

**Trafficking in Oysters Known to Have Been Possessed or Transported in Violation of New Jersey Law**
**August 2, 2006 – November 2, 2006**

We the jury find, with respect to Count Twelve of the indictment:

| Defendant | Guilty | Not Guilty |
|---|---|---|
| Kenneth Bailey | X | |

# Count Thirteen

## Making False Records Related to the Sale or Purchase of Oysters
## April 24, 2007 – October 24, 2007

We the jury find, with respect to Count Thirteen of the indictment:

| Defendant | Guilty | Not Guilty |
|---|---|---|
| Kenneth Bailey | X | |
| Pamela Meloney | | X |
| Harbor House Inc. | | X |

### Count Fourteen

**Trafficking in Oysters Known to Have Been Possessed or Transported in Violation of New Jersey Law**
**April 24, 2007 – October 24, 2007**

We the jury find, with respect to Count Fourteen of the indictment:

| Defendant | Guilty | Not Guilty |
|---|---|---|
| Kenneth Bailey | X | |

## Count Fifteen

**Falsifying Entries in a Record with the Intent to Impede, Obstruct, or Influence the Investigation or Proper Administration of a Matter Within the Jurisdiction of the Food and Drug Administration**
**April 24, 2007 – October 31, 2007**

We the jury find, with respect to Count Fifteen of the indictment:

| Defendant | Guilty | Not Guilty |
|---|---|---|
| Kenneth Bailey | X | |

## Signature Page

Signed this 20 day of July, 2012

*[signature]*
Jury Foreperson