AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

United States of America  )
_____  )
          Plaintiff        )
             v.            )  Case No. 11-520-002 (JBS)
Todd Reeves                )
_____  )
          Defendant        )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Todd Reeves + Shellrock, LLC.

Date: 2-14-13

_____
Attorney's signature

Michael F. Myers, 037312010
Printed name and bar number

1125 Pacific Ave, Atlantic City, NJ 08401
Address

mmyers05@gmail.com
E-mail address

(609) 348-1125
Telephone number

(609) 348-3774
FAX number