```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 11-520 (JBS) |
| | : | |
| **THOMAS REEVES,** | : | |
| **TODD REEVES,** | : | |
| **RENEE REEVES,** | : | |
| **SHELLROCK, LLC** | : | |
|     **d/b/a REEVES BROTHERS,** | : | |
| **KENNETH W. BAILEY,** | : | |
| **MARK BRYAN, and** | : | |
| **HARBOR HOUSE, INC.** | : | |

### ORDER

This matter having come before the Court on February 10, 2014, on the government's request for a status conference

IT IS, this _____ day of _____, 2014,

hereby ORDERED that a status conference shall commence on _____, 2014, at _____ in the Mitchell H. Cohen Court House.

_____
JEROME B. SIMANDLE
Chief U.S. District Judge