IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 11-520 (JBS) |
| THOMAS REEVES | |
| TODD REEVES | ORDER |
| RENEE REEVES | |
| SHELLROCK, LLC | |
| KENNETH W. BAILEY | |
| MARK BRYAN | |
| HARBOR HOUSE, INC., | |
| Defendants. | |

This matter came before the Court upon the motions of the United States to set sentencing dates [Docket Item 306] filed November 21, 2012, for a status conference to set a schedule for sentencing [Docket Item 312] filed February 10, 2014, and a second motion for sentencing [Docket Item 314]; and

The Court had postponed sentencings herein pending adjudication of Defendants' various post-trial motions.  The Court anticipates filing its Opinion and Order addressing Defendants' post-trial motions shortly and before sentencings; and for good cause shown;

IT IS, this __12th__ day of **August, 2014**, hereby

**ORDERED** that the motion is **GRANTED** and the Court will convene a telephone conference call to set the dates for

submission of sentencing memoranda and for sentencings on **Wednesday, September 3, 2014 at 10:00 A.M.**; counsel for the United States is requested to arrange for the conference call at that time.

                                              **s/ Jerome B. Simandle**
                                              JEROME B. SIMANDLE
                                              Chief U.S. District Judge