IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>THOMAS REEVES<br>TODD REEVES<br>RENEE REEVES<br>SHELLROCK, LLC<br>KENNETH W. BAILEY<br>MARK BRYAN<br>HARBOR HOUSE, INC.,<br><br>            Defendants. | Criminal No. 11-520 (JBS)<br><br><br>**ORDER** |

    This matter came before the Court at a telephone status conference on September 3, 2014, pursuant to this Court's Order filed August 12, 2014, to set dates for sentencing memoranda and sentencing hearings; and

    For reasons discussed upon the record at the conference and for good cause shown;

    IT IS this __**3rd**__ day of **September**, **2014,** hereby

    ORDERED that the following sentencing dates are set:

    Kenneth Bailey – Friday, November 21, 2014 at 9:30 a.m.

    Mark Bryan – Friday, November 21, 2014 at 1:30 p.m.

    Harbor House, Inc. – Friday, November 21, 2014 at 3:00 p.m.

    Thomas Reeves – Friday, December 12, 2014 at 9:30 a.m.

    Todd Reeves – Friday, December 12, 2014 at 11:30 a.m.

    Shellrock, LLC – Friday, December 12, 2014 at 2:00 p.m.

Renee Reeves – Friday, December 12, 2014 at 3:00 p.m.

IT IS FURTHER ORDERED that the United States' sentencing memoranda are due 30 days before the respective sentencing dates; the Defendants' sentencing memoranda are due 21 days before the respective sentencing dates; and the United States' reply sentencing memos, if any, are due 10 days before the respective sentencing dates.

      **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge