# A. HAROLD KOKES
ATTORNEY-AT-LAW

728 WEST AVENUE, SUITES S201-202
OCEAN CITY, NEW JERSEY 08226
halkokes.com
ahkokesoffice@comcast.net
ID#:007751981

CERTIFIED CRIMINAL TRIAL ATTORNEY

(609) 399-1111
FAX 391-1337

November 26, 2014

Hon. Jerome B. Simandle
United States Chief Judge
United States District Court
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, PO Box 888
Camden, NJ 08101-0888

Re: **United States v. Todd Reeves, et al.**
**US District Court Criminal No. 11-520(JBS)**
**My Client: Renee Reeves**
**My File: 11/3443**

Dear Judge Simandle:

Please accept this letter in lieu of a more formal request that the Sentencing in the above Matter, which was originally rescheduled for January 26, 2015 and is now rescheduled for February 10, 2015, be rescheduled one last time, because I have a previously scheduled Family vacation from February 2, 2015 through February 13, 2015.

After your Honor has reviewed this request, kindly have a member of your Team contact me at same Team's earliest convenience.

Before closing, I apologize if this request causes any inconvenience for the Court, the Parties or their Attorneys.

Respectfully Submitted,

/s/ A. Harold Kokes

A. HAROLD KOKES

AHK:n
cc:   All Counsel (Via ECF)
      Renee Reeves