# FURLONG AND KRASNY
## ATTORNEYS AT LAW

**John S. Furlong**
*Certified by the New Jersey Supreme Court as a*
*Criminal Trial Attorney*
**jfurlong@furlongandkrasny.com**

**Telephone**
*609.882.0288*

**Scott A. Krasny**
*Certified by the New Jersey Supreme Court as a*
*Criminal and Civil Trial Attorney*
**skrasny@furlongandkrasny.com**

**Facsimile**
*609.883.2551*

December 30, 2014

Honorable Jerome B. Simandle, Chief Judge
United States District Court
Mitchell H. Cohen Building and United States Courthouse
4th and Cooper Streets
Camden, NJ 08101

RE:     U.S. v. Reeves, et al.
        Docket No. 11-520 (JBS)

Your Honor:

Defendants Bryan and Harbor House are scheduled for sentencing of January 8, 2015.  I write to alert the court as follows:  first, I have a trial scheduled to begin in state court January 5, 2015 that is expected to last no more than two weeks; second, we have motions pending seeking a new trial in this matter that remain unresolved; and third, I understand co-counsel either have asked for or intend to ask for a consolidated hearing on Guidelines issues common to all defendants.  The parties have filed sentencing memoranda, but I will be mailing letters of support for Mr. Bryan under separate cover.

If the court is so inclined, I request guidance on whether sentencing is expected to proceed on January 8th.  In the event my state court trial gets underway as scheduled, I will need a 7-14 day adjournment.

Respectfully,

/s/ J.S. Furlong

JOHN S. FURLONG

JSF/j
Cc:    Patrick Duggan, Esquire, via ECF

_____

Mountain View Office Park
820 Bear Tavern Road, Suite 304
West Trenton, New Jersey
08628