IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS REEVES<br>TODD REEVES<br>RENEE REEVES<br>SHELLROCK, LLC<br>KENNETH W. BAILEY<br>MARK BRYAN<br>HARBOR HOUSE, INC.,<br><br>Defendants. | Criminal No. 11-520 (JBS)<br><br>**ORDER FOR<br>TELEPHONE CONFERENCE** |

This matter comes before the Court upon the request of Defendants Bryan and Harbor House (by John S. Furlong, Esq.) to adjourn sentencing scheduled for January 8, 2015 due to a trial schedule conflict [Docket Item 329], and upon the joint request of all remaining Defendants (by Edwin J. Jacobs, Jr., Esq.) for a telephone conference to discuss and set a date for a joint sentencing hearing at which all common sentencing issues could be argued and decided [Docket Item 330]; and

The Court finding that there are common sentencing issues among most or all Defendants that may benefit from joint argument by defense counsel and by the United States, and that judicial economy would also be served by such a joint sentencing date; and

The Court further finding that the request for adjournment of the January 8th sentencings of Defendants Bryan and Harbor House, as well as the January 7th sentencing of Defendant Bailey, should be granted and new dates set, pending discussion of Mr. Jacobs' proposal in a telephone conference call; and

The Court will invite discussion of the following plan or any reasonable alternative:

1. The Court anticipates filing its Opinion on all post-trial motions on or about January 12, 2015.
2. Joint sentencing hearing for all defendants to convene on January 21, 2015 or January 28, 2015 depending on the availability of counsel.
3. Defense counsel to jointly identify all common issues and the attorney who is designated to be the principal advocate upon that issue, not later than seven (7) days before the joint sentencing hearing.
4. Convening a separate joint post-sentencing hearing on restitution issues on Wednesday, February 25, 2015 at 9:30 A.M. pursuant to 18 U.S.C. § 3664(d)(5).

Wherefore, IT IS this 5th day of **January, 2015,** hereby ORDERED that all counsel participate in a telephone conference call to discuss the sentencing schedule on Tuesday,

January 6, 2015 at 4:30 P.M.; Mr. Jacobs' office is requested to arrange the conference call at that time; and it is further

ORDERED that the sentencing dates of Defendant Bailey (January 7th) and Defendants Bryan and Harbor House (January 8th) be postponed to a new date or dates to be set at the January 6th conference call.

                                                */s/ Jerome B. Simandle*
                                                JEROME B. SIMANDLE
                                                Chief U.S. District Judge