UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                    January 7, 2015

**CHIEF JUDGE JEROME B. SIMANDLE**

Court Reporter: NONE

Title of Case:                                    Docket # CR. 11-520(JBS)
UNITED STATES
     VS.
REEVES, ET AL

Appearances:
Patrick Duggan, AUSA for govt.
Wayne Hettenbach, AUSA for govt.
William Hughes, Esq. for deft. Thomas Reeves and Shellrock
Edward Jacobs, Esq. for deft. Todd Reeves
A. Harold Kokes, Esq. for deft. Renee Reeves
Beth White, Esq. for deft. Kenneth Bailey
Andrew Ferencevych, Esq. for deft. Mark Bryan and Harbor House

Nature of Proceedings: TELEPHONE CONFERENCE
Conference to discuss sentencing schedule
Ordered sentencing hearing set for February 10, 2015 at 9:30 for all defts.
Order to be entered.


Time Commenced 4:30 pm Time Adjourned 5:00 pm Total Time: 30 Minutes


                                        s/ *Marnie Maccariella*
                                        **DEPUTY CLERK**