```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 11-520 (JBS) |
| THOMAS REEVES<br>TODD REEVES<br>RENEE REEVES<br>SHELLROCK, LLC<br>KENNETH W. BAILEY<br>MARK BRYAN<br>HARBOR HOUSE, INC., | **ORDER** |
| Defendants. | |

This matter came before the Court at a telephone conference with all counsel on January 6, 2015; and

All parties agreed that a joint sentencing date for the presentation of common sentencing issues should be scheduled, and that all counsel are available on February 10, 2015 and, if necessary, on February 11, 2015; and

For good cause shown;

IT IS, this **7th** day of **January, 2015**, hereby

**ORDERED** that the sentencings of each defendant will go forward at a **joint sentencing hearing** to convene on **Tuesday, February 10, 2015 at 9:30 A.M.**; and it is further

**ORDERED** that defense counsel shall jointly identify all common issues and the attorney who is designated to be the principal advocate upon each issue, **not later than February 3, 2015**; and it is further

**ORDERED** that the common issues may include whether restitution is required, and defense counsel shall indicate whether they prefer to reach restitution issues at the February 10th hearing or defer restitution issues with a post-sentencing hearing under 18 U.S.C. § 3664(d)(5); and it further

**ORDERED** that after common issues have been argued and decided, the Court will proceed to individual sentencings in the order in which the defendants appear upon the caption, **continuing, if necessary, on February 11, 2015 at 9:30 A.M.**

                                               **s/ Jerome B. Simandle**
                                               JEROME B. SIMANDLE
                                               Chief U.S. District Judge